# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 12, 2016

_____

REPLY REQUESTED

_____

No.   15-1781,        Susan Donaldson v. Bayview Loan Servicing, LLC
                      1:15-cv-00416-CCB,14-15214, 14-00321

**REPLY DUE: May 19, 2016**

TO: John Douglas Burns

A reply is required in connection with the pending motion to suspend appeal on or before May 19, 2016.

Jeffrey S. Neal, Deputy Clerk
804-916-2729