FILED: May 19, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1781
(1:15-cv-00416-CCB)
(14-15214)
(14-00321)

_____

SUSAN LORRAINE DONALDSON

       Plaintiff - Appellant

v.

BAYVIEW LOAN SERVICING, LLC

       Intervenor/Defendant - Appellee

and

M&T BANK

       Defendant

_____

O R D E R
_____

Upon consideration of the submissions relative to the motion to suspend appeal, the court grants the motions and places this case in abeyance pending this

court's decision in <u>Birmingham v. PNC Bank</u>, NA, Case No. 15-1800.  The court declines to rule on appellee's conditional request.

                        For the Court

                        <u>/s/ Patricia S. Connor, Clerk</u>